In the Matter of the Petition of ALBERT OTTINGER, Attorney-General of the State of New York, for an Order Directing SAMUEL FELDMAN and Others to Appear before a Referee, etc.— Motion for stay granted on condition that the appeal be perfected and the case brought on for argument on March 1, 1926. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

KANO REALTY CO., INC., Appellant, v. EDNA KLYDE and Another, Respondents.— Motion to amend record on appeal granted, the case to be brought on for argument at the March, 1926, term. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

KATHLEEN MACKRELL, an Infant, etc., Respondent, v. TILYOU REALTY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

WALTER L. McLEAN, Respondent, v. LINCOLN C. ANDREWS, as Receiver, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

NASSAU AND SUFFOLK LIGHTING COMPANY, Respondent, v. QUEENS BOROUGH GAS AND ELECTRIC COMPANY and Another, Appellants.— Motion for temporary stay granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

In the Matter of Proceedings Supplementary to Execution: JAMES HARVEY NICHOLLS, Judgment Creditor, Appellant. THEODORE H. ENGEL, Receiver, Appellant, v. HERMAN STEFFANS, Judgment Debtor, Respondent.— Motion for stay granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ. Settle order on notice.

GUISIPPINA PARASCANDOLA, as Administratrix, etc., Plaintiff, v. FRANK AUDITORE, Individually and as Administrator, etc., Respondent, Impleaded with AUDITORE CO., INC., Appellant.— Motion to resettle order by striking out provisions for undertaking, granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE S. ABELL v. JOHN H. CLARKSON and Others, Respondents.— Motion to appoint referee denied, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT EFFROS, Appellant.— Motion to resettle order granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondent, v. NASSAU AND SUFFOLK LIGHTING COMPANY, Appellant.— Motion for temporary stay granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

LOUIS ROSENBLATT, JR., Respondent, v. KATE ROSENBLATT, Appellant.— Motion for stay denied, and temporary stay vacated. . Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.